UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDRE B. YOUNG,

    Plaintiff,

    v.

JOSEPH LEHMAN, *et al.*,

    Defendants.

Case No. C04-5826FDB

ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff, a resident of the Special Commitment Center, moved to proceed *in forma pauperis* with his civil rights complaint. The Magistrate Judge denied the application, and Plaintiff has filed objections making contentions about the variety of things that have happened that causes him to request "in good conscience in forma pauperis status." (Objections p. 1) He states that he sends $200 twice a month to his parents and they supplement that to pay bills.

The Court is not convinced that it is unreasonable to require Plaintiff to pay the $150.00 filing fee. ACCORDINGLY,

IT IS ORDERED:

1. The Court adopts the Report and Recommendation;

2. Plaintiff is ORDERED to pay within 30 days of the entry of this Order the $150.00 filing fee in order to continue with this cause of action;

3. If Plaintiff fails to pay the filing fee within 30 days of the entry of this Order, the Clerk shall dismiss this cause of action.

DATED this 3rd day of June, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1